UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>vs.<br><br>AUTOHAUS STEBEL, INC., et al,<br><br>    Defendants. | Case No.: 18CV2562 AJB RBB<br><br>**ORDER ON JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to the parties joint motion, IT IS HEREBY ORDERED: The Court shall retain jurisdiction over all disputes between (among) the parties arising out of their settlement agreement including, but not limited to, interpretation and enforcement of the tems of the settlement agreement until all terms of the settlement have been fulfilled for a period of one (1) year from the date of this Order.

It is further ordered that the complaint of Plaintiff KAREL SPIKES, USDC Case No. 18-CV-2562 AJB RBB is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED:  February 14, 2019

_____
Hon. Anthony J. Battaglia
U.S. District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28